**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES STATE BAR NO. 282801
cb@brockgonzales.com
PAUL H. HIRSCH, STATE BAR NO. 327374
ph@brockgonzales.com

**Attorneys for Plaintiff**
SALVATORE ALIOTO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE ALIOTO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COVENANT AVIATION SECURITY, LLC, an Illinois limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:22-CV-00387-VC<br>Assigned to: Hon. Vince Chhabria<br>Complaint Filed: November 29, 2021<br><br>**PLAINTIFF SALVATORE ALIOTO'S DEMAND FOR JURY TRIAL** |

///
///
///
///
///
///

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND ALL PARTIES OF RECORD:**

Plaintiff SALVATORE ALIOTO hereby demands trial by jury in this action.

DATED: January 26, 2022         BROCK & GONZALES, LLP

By:   */s/ Christopher P. Brandes*
D. AARON BROCK
CHRISTOPHER P. BRANDES
PAUL H. HIRSCH
Attorneys for Plaintiff

# PROOF OF SERVICE
## UNITED STATES DISTRICT COURT

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6701 Center Drive West, Ste. 610, Los Angeles, CA 90045.

On January 26, 2022, I served the foregoing documents described as: **PLAINTIFF SALVATORE ALIOTO'S DEMAND FOR JURY TRIAL** on the interested parties in this action, addressed as follows:

> William R.H. Mosher, Esq.
> **FISHER & PHILLIPS LLP**
> 621 Capitol Mall, Suite 1400
> Sacramento, CA 95814
> Email: wmosher@fisherphillips.com; ngaleno@fisherphillips.com
> *Attorneys for DEFENDANT, COVENANT AVIATION SECURITY, LLC*

☒ **By E-Mail**, I transmitted the document to the e-mail address of the addressee(s).

☒ **By CM/ECF** Notice of Electronic Filing by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

☐ **By U.S. Mail**, I deposited such envelope(s) in the mail at Los Angeles, California, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By **Personal Service**, I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☒ (Federal) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 26, 2022, at Los Angeles, California.

 */s/ Brenda Barragan*
Brenda Barragan